*E-Filed 7/7/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE NAPOLEON BETETA, | No. C 14-2440 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a state prisoner proceeding pro se. Petitioner has failed to comply with the Court's order to (1) perfect his application to proceed *in forma pauperis* ("IFP"), or (2) pay the filing fee of $5.00. Accordingly, this habeas action is DISMISSED without prejudice for failure to respond to the Court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, petitioner may move to reopen the action. Any motion to reopen **must** contain (1) a complete IFP application, **or** (2) full payment for the filing fee. The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED**.

DATED: July 7, 2014

_____
RICHARD SEEBORG
United States District Judge